FILED
2021 Dec-10  PM 03:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: CHRISTY MEDLIN**



County: **31**   Case Number: **CV-2021-900523.00**   Court Action:
Style: **NICK GREEN ET AL V. OMNITRAX, INC. ET AL**

Real Time

### Case

#### Case Information

| | | | | |
|---|---|---|---|---|
| County: | **31-ETOWAH** | Case Number: | **CV-2021-900523.00** | Judge: **SJS:SONNY J. STEEN** |
| Style: | **NICK GREEN ET AL V. OMNITRAX, INC. ET AL** | | | |
| Filed: | **11/05/2021** | Case Status: | **ACTIVE** | Case Type: **NEGLIGENCE MOTOR VEH** |
| Trial Type: | **BENCH** | Track: | | Appellate Case: **0** |
| No of Plaintiffs: | **2** | No of Defendants: | **2** | |

#### Damages

| | | | | |
|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | |
| Pay To: | | Payment Frequency: | | Cost Paid By: |

#### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: 0 | Num of Liens: 0 | Judgment For: |
| Disposition Date of Appeal: | Disposition Judge: : | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

#### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subpoenas: | Last Update: 11/05/2021 | Updated By: AJA |

### Parties

### Party 1 - Plaintiff INDIVIDUAL - GREEN NICK

#### Party Information

| | | | | |
|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | GREEN NICK | Type: I-INDIVIDUAL |
| Index: | D OMNITRAX, IN | Alt Name: | | Hardship: No   JID: SJS |
| Address 1: | 31 INVERNESS CENTER PKWY | | Phone: | (256) 000-0000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Address 2: | SUITE 350 | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35242-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | MEZ002 | | MEZRANO STEVEN MICHAEL | STEVEN@MEZRANO.COM | (205) 206-6300 |
| Attorney 2 | ADA080 | | ADAMS ERIN GANEY | ERIN@MEZRANO.COM | (205) 206-6300 |

**Party 2 - Plaintiff INDIVIDUAL - GREEN MATT**

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | C002-Plaintiff | Name: | GREEN MATT | | Type: | I-INDIVIDUAL |
| Index: | D OMNITRAX, IN | Alt Name: | | Hardship: No | JID: | SJS |
| Address 1: | 31 INVERNESS CENTER PKWY | | | Phone: | (256) 000-0000 | |
| Address 2: | SUITE 350 | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: | 35242-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: | |
| Comment: | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | Status Description: | |

### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: . |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | MEZ002 | | MEZRANO STEVEN MICHAEL | STEVEN@MEZRANO.COM | (205) 206-6300 |
| Attorney 2 | ADA080 | | ADAMS ERIN GANEY | ERIN@MEZRANO.COM | (205) 206-6300 |

## Party 3 - Defendant BUSINESS - OMNITRAX, INC.

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | OMNITRAX, INC. | | Type: | B-BUSINESS |
| Index: | C GREEN NICK | Alt Name: | | | JID: | SJS |
| Address 1: | C/O DON VAN WYK | | | Hardship: No | | |
| Address 2: | 252 CLAYTON STREET, 4TH F | | | Phone: | (256) 000-0000 | |
| City: | DENVER | State: | CO | Zip: | 80206-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | 11/05/2021 | Issued Type: | C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | 11/15/2021 | Service Type | C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant BUSINESS - ALABAMA & TENNESSEE RIVER RAILWAY, LLC

### Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D002-Defendant | Name: | ALABAMA & TENNESSEE RIVER RAILWAY, LLC | | Type: | B-BUSINESS |
| Index: | C GREEN NICK | Alt Name: | | | JID: | SJS |
| Address 1: | C/O CT CORPORATION SYSTEM | | | Hardship: No | | |
| Address 2: | 2 N JACKSON ST, STE 605 | | | Phone: | (256) 000-0000 | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: | |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: 11/05/2021 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: 11/10/2021 | Service Type C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $15.12 | $15.12 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $18.44 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CVAP | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $301.00 | $301.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $461.12 | $479.56 | -$18.44 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/2021 | CREDIT | CONV | 2022028 | 2399120 | $18.44 | C001 | 000 | | N | | | ALL |
| 11/08/2021 | RECEIPT | AOCC | 2022028 | 2399110 | $15.12 | C001 | 000 | | N | | | ALL |
| 11/08/2021 | RECEIPT | CVAP | 2022028 | 2399130 | $100.00 | C001 | 000 | | N | | | ALL |
| 11/08/2021 | RECEIPT | CV05 | 2022028 | 2399140 | $301.00 | C001 | 000 | | N | | | ALL |
| 11/08/2021 | RECEIPT | VADM | 2022028 | 2399150 | $45.00 | C001 | 000 | | N | | | ALL |

## Case Action Summary

| Date | Time | Code | Comments | | Operator |
|---|---|---|---|---|---|
| 11/5/2021 | 3:39 PM | ECOMP | COMPLAINT E-FILED. | | MEZ002 |
| 11/5/2021 | 3:40 PM | FILE | FILED THIS DATE: 11/05/2021 | (AV01) | AJA |
| 11/5/2021 | 3:40 PM | EORD | E-ORDER FLAG SET TO "Y" | (AV01) | AJA |
| 11/5/2021 | 3:40 PM | ASSJ | ASSIGNED TO JUDGE: SONNY J STEEN | (AV01) | AJA |
| 11/5/2021 | 3:40 PM | SCAN | CASE SCANNED STATUS SET TO: N | (AV01) | AJA |
| 11/5/2021 | 3:40 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED | (AV01) | AJA |
| 11/5/2021 | 3:40 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE | (AV01) | AJA |
| 11/5/2021 | 3:40 PM | ORIG | ORIGIN: INITIAL FILING | (AV01) | AJA |

| Date | Time | Code | Description | |
|---|---|---|---|---|
| 11/5/2021 | 3:40 PM | C001 | C001 PARTY ADDED: GREEN NICK            (AV02) | AJA |
| 11/5/2021 | 3:40 PM | C001 | INDIGENT FLAG SET TO: N            (AV02) | AJA |
| 11/5/2021 | 3:40 PM | C001 | LISTED AS ATTORNEY FOR C001: MEZRANO STEVEN MICHA | AJA |
| 11/5/2021 | 3:40 PM | C001 | LISTED AS ATTORNEY FOR C001: ADAMS ERIN GANEY | AJA |
| 11/5/2021 | 3:40 PM | C001 | C001 E-ORDER FLAG SET TO "Y"            (AV02) | AJA |
| 11/5/2021 | 3:40 PM | C002 | LISTED AS ATTORNEY FOR C002: ADAMS ERIN GANEY | AJA |
| 11/5/2021 | 3:40 PM | C002 | C002 E-ORDER FLAG SET TO "Y"            (AV02) | AJA |
| 11/5/2021 | 3:40 PM | C002 | C002 PARTY ADDED: GREEN MATT            (AV02) | AJA |
| 11/5/2021 | 3:40 PM | C002 | LISTED AS ATTORNEY FOR C002: MEZRANO STEVEN MICHA | AJA |
| 11/5/2021 | 3:40 PM | C002 | INDIGENT FLAG SET TO: N            (AV02) | AJA |
| 11/5/2021 | 3:40 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE   (AV02) | AJA |
| 11/5/2021 | 3:40 PM | D001 | D001 E-ORDER FLAG SET TO "Y"            (AV02) | AJA |
| 11/5/2021 | 3:40 PM | D001 | INDIGENT FLAG SET TO: N            (AV02) | AJA |
| 11/5/2021 | 3:40 PM | D001 | CERTIFIED MAI ISSUED: 11/05/2021 TO D001   (AV02) | AJA |
| 11/5/2021 | 3:40 PM | D001 | D001 PARTY ADDED: OMNITRAX, INC.         (AV02) | AJA |
| 11/5/2021 | 3:40 PM | D002 | CERTIFIED MAI ISSUED: 11/05/2021 TO D002   (AV02) | AJA |
| 11/5/2021 | 3:40 PM | D002 | INDIGENT FLAG SET TO: N            (AV02) | AJA |
| 11/5/2021 | 3:40 PM | D002 | D002 E-ORDER FLAG SET TO "Y"            (AV02) | AJA |
| 11/5/2021 | 3:40 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE   (AV02) | AJA |
| 11/5/2021 | 3:40 PM | D002 | D002 PARTY ADDED: ALABAMA & TENNESSEE RIVER RAILWA | AJA |
| 11/5/2021 | 3:56 PM | C001 | CASE ACTION SUMMARY PRINTED            (AV02) | ALL |
| 11/10/2021 | 12:22 PM | D002 | SERVICE OF CERTIFIED MAI ON 11/10/2021 FOR D002 | AJA |
| 11/10/2021 | 12:22 PM | ESERC | SERVICE RETURN - D002 - COMPLAINT | |
| 11/10/2021 | 12:22 PM | ---- | SCANNED - SERVICE RETURN - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 11/15/2021 | 6:25 PM | D001 | SERVICE OF CERTIFIED MAI ON 11/15/2021 FOR D001 | AJA |
| 11/15/2021 | 6:25 PM | ESERC | SERVICE RETURN - D001 - COMPLAINT | |

## Images

| Date | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 11/5/2021 3:40:03 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 11/5/2021 3:40:03 PM | 2 | COMPLAINT | | 18 |
| 11/5/2021 3:41:09 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 11/5/2021 3:41:09 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 2 |
| 11/10/2021 12:22:38 PM | 5 | SERVICE RETURN | SERVICE RETURN - D002 - COMPLAINT | 1 |
| 11/10/2021 12:22:44 PM | 6 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 11/15/2021 6:25:53 PM | 7 | SERVICE RETURN | SERVICE RETURN - D001 - COMPLAINT | 1 |
| 11/15/2021 6:25:56 PM | 8 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |

**END OF THE REPORT**

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca:<br>31<br><br>Date of Filing:<br>11/05/2021 | ELECTRONICALLY FILED<br>11/5/2021 3:39 PM<br>31-CV-2021-900523.00<br>CIRCUIT COURT OF<br>ETOWAH COUNTY, ALABAMA<br>CASSANDRA JOHNSON, CLERK<br><br>Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### NICK GREEN ET AL v. OMNITRAX, INC. ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other        **First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☑ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatory
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING        A ☐ APPEAL FROM DISTRICT COURT        O ☐ OTHER

R ☐ REMANDED        T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES  ☑ NO        Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

| MEZ002 | 11/5/2021 3:39:58 PM | /s/ STEVEN M MEZRANO |
|---|---|---|
| | Date | Signature of Attorney/Party filing this form |

**MEDIATION REQUESTED:**  ☐ YES  ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES  ☑ NO

DOCUMENT 2

ELECTRONICALLY FILED
11/5/2021 3:39 PM
31-CV-2021-900523.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

**NICK GREEN;**
**MATT GREEN;**

**Plaintiffs,**

**v.**

**OMNITRAX, INC.;**
**ALABAMA & TENNESSEE RIVER**
**RAILWAY, LLC;**

**CIVIL ACTION NO.:**

**31-CV-2021-_____**

**FICTITIOUS DEFENDANTS A, B and C**, whether singular or plural, that person, firm, corporation, or entity, of which was engaged in construction activities, railway activities, design, repair, replacement, installation, and/or the like, on Locust Street, between N 2nd Street and N 1st Street, Gadsden, Etowah County, Alabama, (hereinafter referred to as "Locust Street") on or around November 6, 2019; **FICTITIOUS DEFENDANTS D, E and F**, whether singular or plural, that person, firm, corporation, or entity, responsible for maintaining, inspecting, repairing, replacing, installing, or equipping the railway on Locust Street on the occasion made the basis of this suit; **FICTITIOUS DEFENDANTS G, H and I**, whether singular or plural, that person, firm, corporation, or entity, who or which owned, operated, and or maintained the section of railway on Locust Street on the occasion made the basis of this suit; **FICTITIOUS DEFENDANTS J, K and L**, whether singular or plural, that person, firm, corporation, or entity, who or which owned, operated, designed, supervised, inspected, repaired, replaced, installed, maintained, and equipped the section of railway, roadway, and or surrounding areas on Locust Street on the occasion made the basis of this suit; **FICTITIOUS DEFENDANTS M, N and O**, whether singular or plural, that person, firm, corporation, or entity, on whose behalf the construction and or railway activities where performed on the occasion made the basis of this suit; **FICTITIOUS DEFENDANTS P, Q and R**, whether singular or plural, that person, firm, corporation, or entity, who or which insured the party(ies) causing damages the Plaintiffs made the basis of this lawsuit occurred; **FICTITIOUS DEFENDANTS S, T and U**, whether singular or plural, is that person, firm, corporation, or entity, who or which negligently entrusted the construction and or railway activities performed on the occasions made the basis of this lawsuit; **FICTITIOUS DEFENDANTS V, W and X**, whether singular or plural, that person, firm, corporation, or entity, who or which was responsible for the hiring, training, and supervision of employees, agents, contactors, subcontractors and/or affiliates for construction and or railway activities on the occasion made the basis of this suit; **FICTITIOUS DEFENDANTS Y, Z and AA**, whether singular or plural, that person, firm, corporation, or entity, who or which destroyed, discarded, concealed, fabricated, altered or otherwise spoliated evidence relevant to the incident made the basis of this suit; **FICTITIOUS DEFENDANTS BB, CC and DD**, whether singular or plural, that person, firm, corporation, or entity, whose negligence, wantonness, willfulness and/or otherwise wrongful conduct caused the incident and damages made the basis of this suit; **FICTITIOUS DEFENDANTS EE, FF and GG**, whether singular or plural, that person, firm, corporation, or entity, that is the true and correct name or names of the Defendant

designated herein as OMNITRAX, INC, ALABAMA & TENNESSEE RIVER RAILWAY, LLC; **FICTITIOUS DEFENDANTS HH, II and JJ**, whether singular or plural, that person, firm or corporation which is the successor-in-interest of any of the named or above-described Fictitious Party Defendants; **FICTITIOUS DEFENDANTS KK, LL and MM**, whether singular or plural, that person, firm or corporation which is the predecessor-in-interest of any of the named or above-described Fictitious Party Defendants; **FICTITIOUS DEFENDANTS NN, OO and PP**, whether singular or plural, that person, firm, corporation, or entity, who or which was acting as an agent, employee, servant, contractor, and/or subcontractor of and for any of the above-named Defendants or above-described Fictitious Party Defendants at the times of the occurrences made the basis of this lawsuit; The identities of the Fictitious Party Defendants are otherwise unknown to Plaintiffs at this time, or if their names are known to Plaintiffs at this time, their identities as proper party Defendants are not known to Plaintiffs at this time, but their true names will be substituted by amendment when ascertained.

)

**Defendants.**                              )

## COMPLAINT

COMES NOW, the Plaintiffs in the above-styled cause, and make the following Complaint for injuries and damages suffered as a result of a motor vehicle incident that occurred on or about November 6, 2019:

1.    The Plaintiff, **NICK GREEN**, is of legal age and is a resident and citizen of Etowah County, Alabama.

2.    The Plaintiff, **MATT GREEN**, is of legal age and is a resident and citizen of Etowah County, Alabama.

3.    The Defendant, **OMNITRAX, INC.,** (hereinafter referred to as "**OMNITRAX**"), is a foreign corporation duly existing under and by virtue of the laws of the State of Colorado. Omnitrax is an owner/operator of railway that runs throughout Etowah County, Alabama.

4.    The Defendant, **ALABAMA & TENNESSEE RIVER RAILWAY, LLC.,** (hereinafter referred to as "**ATN**"), is a foreign limited liability company duly

existing under and by virtue of the laws of the State of Colorado. ATN is an owner/operator of railway that runs throughout Etowah County, Alabama, and its operations office is located at 3425 Forrest Avenue, Gadsden, Etowah County, Alabama 35904.

5.      FICTITIOUS DEFENDANTS A, B and C, whether singular or plural, that person, firm, corporation, or entity, of which was engaged in construction activities, railway activities, design, repair, replacement, installation, and/or the like, on Locust Street, between N 2nd Street and N 1st Street, Gadsden, Etowah County, Alabama, (hereinafter referred to as "Locust Street") on or around November 6, 2019; FICTITIOUS DEFENDANTS D, E and F, whether singular or plural, that person, firm, corporation, or entity, responsible for maintaining, inspecting, repairing, replacing, installing, or equipping the railway on Locust Street on the occasion made the basis of this suit; FICTITIOUS DEFENDANTS G, H and I, whether singular or plural, that person, firm, corporation, or entity, who or which owned, operated, and or maintained the section of railway on Locust Street on the occasion made the basis of this suit; FICTITIOUS DEFENDANTS J, K and L, whether singular or plural, that person, firm, corporation, or entity, who or which owned, operated, designed, supervised, inspected, repaired, replaced, installed, maintained, and equipped the section of railway, roadway, and or surrounding areas on Locust Street on the occasion made the basis of this suit; FICTITIOUS DEFENDANTS M, N and O, whether singular or plural, that person, firm, corporation, or entity, on whose behalf the construction and or railway activities where performed on the occasion made the basis of this suit; FICTITIOUS DEFENDANTS P, Q and R, whether singular or plural, that person, firm, corporation, or entity, who or which insured the party(ies) causing damages the Plaintiffs made the basis of this lawsuit occurred; FICTITIOUS DEFENDANTS S, T and U, whether

singular or plural, is that person, firm, corporation, or entity, who or which negligently entrusted the construction and or railway activities performed on the occasions made the basis of this lawsuit; FICTITIOUS DEFENDANTS V, W and X, whether singular or plural, that person, firm, corporation, or entity, who or which was responsible for the hiring, training, and supervision of employees, agents, contactors, subcontractors and/or affiliates for construction and or railway activities on the occasion made the basis of this suit; FICTITIOUS DEFENDANTS Y, Z and AA, whether singular or plural, that person, firm, corporation, or entity, who or which destroyed, discarded, concealed, fabricated, altered or otherwise spoliated evidence relevant to the incident made the basis of this suit; FICTITIOUS DEFENDANTS BB, CC and DD, whether singular or plural, that person, firm, corporation, or entity, whose negligence, wantonness, willfulness and/or otherwise wrongful conduct caused the incident and damages made the basis of this suit; FICTITIOUS DEFENDANTS EE, FF and GG, whether singular or plural, that person, firm, corporation, or entity, that is the true and correct name or names of the Defendant designated herein as OMNITRAX; ATN; FICTITIOUS DEFENDANTS HH, II and JJ, whether singular or plural, that person, firm or corporation which is the successor-in-interest of any of the named or above-described Fictitious Party Defendants; FICTITIOUS DEFENDANTS KK, LL and MM, whether singular or plural, that person, firm or corporation which is the predecessor-in-interest of any of the named or above-described Fictitious Party Defendants; FICTITIOUS DEFENDANTS NN, OO and PP, whether singular or plural, that person, firm, corporation, or entity, who or which was acting as an agent, employee, servant, contractor, and/or subcontractor of and for any of the above-named Defendants or above-described Fictitious Party Defendants at the times of the

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 5 of 18*

occurrences made the basis of this lawsuit; The identities of the Fictitious Party Defendants

are otherwise unknown to Plaintiffs at this time, or if their names are known to Plaintiffs

at this time, their identities as proper party Defendants are not known to Plaintiffs at this

time, but their true names will be substituted by amendment when ascertained.

      6.     On or about the times alleged and at some time prior thereto, the above

Fictitiously described Party Defendants, whose identities are unknown, proximately caused

or contributed to the Plaintiffs' injuries and damages hereinafter described, either through

negligent or wanton conduct, breach of contract or any application of theories of liability

hereinafter alleged.

      7.     On or about November 6, 2019, the Plaintiff, NICK GREEN, was operating

a 2014 Dodge 2500 and traveling on Locust Street in Gadsden, Etowah County, Alabama.

The Plaintiff, MATT GREEN, was a passenger in Nick Green's vehicle. As they were

traveling along Locust Street, between the intersections of N 2nd Avenue and N 1st Avenue,

a piece of the railway track, pan, and or rail material running along Locust Street struck the

rear driver's side of Nick Green's vehicle.  The Defendants OMNITRAX; ATN; and/or

Fictitious Party Defendants listed and described herein, failed to properly construct, design,

supervise, repair, replace, install, inspect, maintain, and/or the like, the railway, roadway,

and/or surrounding areas of Locust Street causing an unsafe and hazardous condition, and

injuries to the Plaintiffs.

<u>**COUNT ONE**</u>
(Negligence)

      8.     Plaintiffs adopt and incorporate by reference all the foregoing language of

this Complaint and further avers as follows:

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 6 of 18*

9.     On or about November 6, 2019, Defendants OMNITRAX; ATN; and/or Fictitious Party Defendants, had a duty to properly construct, design, supervise, repair, replace, install, inspect, maintain, and/or the like, the railway, roadway, and/or and surrounding areas of Locust Street.

10.    On or about November 6, 2019, Defendants OMNITRAX; ATN; and/or Fictitious Party Defendants, breached that duty when they caused or allowed an unsafe and hazardous condition on the railway, roadway, and/or and surrounding areas of Locust Street. Defendants failed to warn of the hazardous condition.

11.    As a direct and proximate consequence of the negligent acts of the Defendants OMNITRAX, ATN; and/or Fictitious Party Defendants, the Plaintiff, NICK GREEN, was injured and damaged as follows:

a)   He was caused to suffer injury to his neck, back, and other parts of his body.

b)   He was caused to suffer various injuries, bruises and contusions on or about his body.

c)   He was forced to seek medical treatment, which continues and is expected to continue into the future.

d)   He was caused and will be caused in the future to expend sums of money in the nature of doctor, hospital, drug and other expenses in and about an effort to cure his injuries.

e)   He was caused and will be caused in the future to suffer great physical pain and mental anguish as a result of his injuries.

f)   He was caused to suffer loss of the pleasures and enjoyment of life.

g)   He was caused to suffer damages to and loss of his vehicle.

DOCUMENT 2

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 7 of 18*

12.    As a direct and proximate consequence of the negligent acts of the Defendants OMNITRAX, ATN; and/or Fictitious Party Defendants, the Plaintiff, MATT GREEN, was injured and damaged as follows:

a)  He was caused to suffer injury to his head, left shoulder, left knee (tibial plateau fracture), and other parts of his body.

b)  He was caused to suffer various injuries, bruises and contusions on or about his body.

c)  He was forced to seek medical treatment, which continues and is expected to continue into the future.

d)  He was caused and will be caused in the future to expend sums of money in the nature of doctor, hospital, drug and other expenses in and about an effort to cure his injuries.

e)  He was caused and will be caused in the future to suffer great physical pain and mental anguish as a result of his injuries.

f)  He was caused to suffer loss of the pleasures and enjoyment of life.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs demand judgment against the named Defendants and/or Fictitious Party Defendants, jointly and severally, for a reasonable sum of money based upon the facts and circumstances of this particular matter, plus costs and interest, and such other and further relief to which they may be entitled.

### COUNT TWO
(Wantonness and Reckless Conduct)

13.    Plaintiffs adopt and incorporate by reference all the foregoing language of this Complaint and further avers as follows:

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 8 of 18*

14.   On or about November 6, 2019, Defendants OMNITRAX; ATN; and/or Fictitious Party Defendants, had a duty to properly construct, design, supervise, repair, replace, install, inspect, maintain, and/or the like, the railway, roadway, and/or surrounding areas of Locust Street.

15.   On or about November 6, 2019, Defendants OMNITRAX; ATN; and/or Fictitious Party Defendants, wantonly and recklessly breached that duty when they caused or allowed an unsafe and hazardous condition on the railway, roadway, and/or surrounding areas of Locust Street. Defendants failed to warn of the hazardous condition.

16.   As a proximate consequence of the wanton acts of the Defendants OMNITRAX; ATN; and/or Fictitious Party Defendants, the Plaintiff, NICK GREEN, was injured and damaged as follows:

   a)   He was caused to suffer injury to his neck, back, and other parts of his body.

   b)   He was caused to suffer various injuries, bruises and contusions on or about his body.

   c)   He was forced to seek medical treatment, which continues and is expected to continue into the future.

   d)   He was caused and will be caused in the future to expend sums of money in the nature of doctor, hospital, drug and other expenses in and about an effort to cure his injuries.

   e)   He was caused and will be caused in the future to suffer great physical pain and mental anguish as a result of his injuries.

   f)   He was caused to suffer loss of the pleasures and enjoyment of life.

   g)   He was caused to suffer damages to and loss of his vehicle.

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 9 of 18*

17.    As a direct and proximate consequence of the wanton acts of the Defendants

OMNITRAX, ATN; and/or Fictitious Party Defendants, the Plaintiff, MATT GREEN, was

injured and damaged as follows:

a)  He was caused to suffer injury to his head, left shoulder, left knee (tibial plateau

   fracture), and other parts of his body.

b)  He was caused to suffer various injuries, bruises and contusions on or about his

   body.

c)  He was forced to seek medical treatment, which continues and is expected to

   continue into the future.

d)  He was caused and will be caused in the future to expend sums of money in the

   nature of doctor, hospital, drug and other expenses in and about an effort to cure

   his injuries.

e)  He was caused and will be caused in the future to suffer great physical pain and

   mental anguish as a result of his injuries.

f)  He was caused to suffer loss of the pleasures and enjoyment of life.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs demand judgment

against the named Defendants and/or Fictitious Party Defendants, jointly and severally, for

a reasonable sum of money based upon the facts and circumstances of this particular matter,

plus costs and interest, and such other and further relief to which they may be entitled.

Further, the Plaintiffs seek punitive damages to punish those exhibiting reckless and

wanton conduct related to this event.

## COUNT THREE
(Negligent Entrustment)

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 10 of 18*

18.     The Plaintiffs herein adopt and incorporate by reference each and every averment in the preceding paragraphs as set herein and further alleges as follows:

19.     The Plaintiffs aver that, upon information and belief, at the aforesaid time and place, Defendants OMNITRAX and ATN; negligently and/or wantonly entrusted Fictitious Party Defendants A thru GO to construct, design, supervise, repair, replace, install, inspect, maintain, and/or the like, the railway, roadway, and/or surrounding areas of Locust Street.

20.     That Defendants OMNITRAX and ATN knew or should have known that Fictitious Party Defendants A thru GO were incompetent, reckless, inexperienced, heedless or otherwise careless or incapacitated to properly perform construction and railway activities.

21.     That as a direct and proximate result of the Defendants' negligent entrustment, the Plaintiff, NICK GREEN, was injured and damaged as follows:

a) He was caused to suffer injury to his neck, back, and other parts of his body.

b) He was caused to suffer various injuries, bruises and contusions on or about his body.

c) He was forced to seek medical treatment, which continues and is expected to continue into the future.

d) He was caused and will be caused in the future to expend sums of money in the nature of doctor, hospital, drug and other expenses in and about an effort to cure his injuries.

e) He was caused and will be caused in the future to suffer great physical pain and mental anguish as a result of his injuries.

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 11 of 18*

f)  He was caused to suffer loss of the pleasures and enjoyment of life.

g)  He was caused to suffer damages to and loss of his vehicle.

22.    As a direct and proximate result of the Defendants' negligent entrustment, the Plaintiff, MATT GREEN, was injured and damaged as follows:

a)  He was caused to suffer injury to his head, left shoulder, left knee (tibial plateau fracture), and other parts of his body.

b)  He was caused to suffer various injuries, bruises and contusions on or about his body.

c)  He was forced to seek medical treatment, which continues and is expected to continue into the future.

d)  He was caused and will be caused in the future to expend sums of money in the nature of doctor, hospital, drug and other expenses in and about an effort to cure his injuries.

e)  He was caused and will be caused in the future to suffer great physical pain and mental anguish as a result of his injuries.

f)  He was caused to suffer loss of the pleasures and enjoyment of life.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs demand judgment against the named Defendants and/or Fictitious Party Defendants, jointly and severally, for a reasonable sum of money based upon the facts and circumstances of this particular matter, plus costs and interest, and such other and further relief to which they may be entitled.

## COUNT FOUR
(Negligent Hiring, Training and Supervision/Agency/Respondeat Superior)

23.    The Plaintiffs herein adopt and incorporate by reference the allegations of

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 12 of 18*

the preceding paragraphs of the Complaint.

24.     At the times set forth hereinabove, Defendants OMNITRAX; ATN; and/or

Fictitious Party Defendants, had the authority and duty to properly hire, train, subcontract,

and/or supervise its employees and/or agents and/or subcontractors to properly construct,

design, supervise, repair, replace, install, inspect, maintain, and/or the like, the railway,

roadway, and/or surrounding areas of Locust Street.

25.     At the times set forth hereinabove, the Defendants OMNITRAX; ATN;

and/or Fictitious Party Defendants listed and described hereinabove, negligently, wantonly

and/or recklessly exercised or failed to exercise said supervisory control and said negligent,

wanton and/or reckless conduct was a proximate cause of Plaintiff, NICK GREEN, was

injured and damaged as follows:

a) He was caused to suffer injury to his neck, back, and other parts of his body.

b) He was caused to suffer various injuries, bruises and contusions on or about his
   body.

c) He was forced to seek medical treatment, which continues and is expected to
   continue into the future.

d) He was caused and will be caused in the future to expend sums of money in the
   nature of doctor, hospital, drug and other expenses in and about an effort to cure
   his injuries.

e) He was caused and will be caused in the future to suffer great physical pain and
   mental anguish as a result of his injuries.

f) He was caused to suffer loss of the pleasures and enjoyment of life.

g) He was caused to suffer damages to and loss of his vehicle.

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 13 of 18*

26.     At the times set forth hereinabove, the Defendants OMNITRAX; ATN;

and/or Fictitious Party Defendants listed and described hereinabove, negligently, wantonly

and/or recklessly exercised or failed to exercise said supervisory control and said negligent,

wanton and/or reckless conduct was a proximate cause of Plaintiff, MATT GREEN, was

injured and damaged as follows:

a)  He was caused to suffer injury to his head, left shoulder, left knee (tibial plateau

    fracture), and other parts of his body.

b)  He was caused to suffer various injuries, bruises and contusions on or about his

    body.

c)  He was forced to seek medical treatment, which continues and is expected to

    continue into the future.

d)  He was caused and will be caused in the future to expend sums of money in the

    nature of doctor, hospital, drug and other expenses in and about an effort to cure

    his injuries.

e)  He was caused and will be caused in the future to suffer great physical pain and

    mental anguish as a result of his injuries.

f)  He was caused to suffer loss of the pleasures and enjoyment of life.

27.     The Defendants OMNITRAX; ATN; and/or Fictitious Party Defendants

listed and described hereinabove, is vicariously liable under the doctrine of respondeat

superior  and/or  ratification  for  the  negligent  and  wanton  acts  of  its

employees/agents/subcontractors/servants.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs demand judgment

against the named Defendants and/or Fictitious Party Defendants, jointly and severally, for

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 14 of 18*

a reasonable sum of money based upon the facts and circumstances of this particular matter, plus costs and interest, and such other and further relief to which they may be entitled.

## COUNT FIVE
(Premise Liability)

28.     The Plaintiffs herein adopt and incorporate by reference the allegations of the preceding paragraphs of the Complaint.

29.     The Plaintiffs were traveling along Locus Street which housed railway owned, operated and controlled by Defendants OMNITRAX and ATN.

30.     Defendants OMNITRAX; ATN; and/or Fictitious Party Defendants listed and described herein created an unsafe, dangerous, and hazardous condition to the railway, roadway, and/or surrounding areas of Locust Street. Defendants failed to warn of the hazardous condition.

31.     As a proximate result of the Defendants OMNITRAX; ATN; and/or Fictitious Party Defendants' wrongful conduct, the Plaintiff, NICK GREEN, was injured and damaged as follows:

   a) He was caused to suffer injury to his neck, back, and other parts of his body.

   b) He was caused to suffer various injuries, bruises and contusions on or about his body.

   c) He was forced to seek medical treatment, which continues and is expected to continue into the future.

   d) He was caused and will be caused in the future to expend sums of money in the nature of doctor, hospital, drug and other expenses in and about an effort to cure his injuries.

e) He was caused and will be caused in the future to suffer great physical pain and mental anguish as a result of his injuries.

f) He was caused to suffer loss of the pleasures and enjoyment of life.

g) He was caused to suffer damages to and loss of his vehicle.

32.    As a proximate result of the Defendants OMNITRAX; ATN; and/or Fictitious Party Defendants' wrongful conduct, the Plaintiff, MATT GREEN, was injured and damaged as follows:

a) He was caused to suffer injury to his head, left shoulder, left knee (tibial plateau fracture), and other parts of his body.

b) He was caused to suffer various injuries, bruises and contusions on or about his body.

c) He was forced to seek medical treatment, which continues and is expected to continue into the future.

d) He was caused and will be caused in the future to expend sums of money in the nature of doctor, hospital, drug and other expenses in and about an effort to cure his injuries.

e) He was caused and will be caused in the future to suffer great physical pain and mental anguish as a result of his injuries.

f) He was caused to suffer loss of the pleasures and enjoyment of life.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs demand judgment against the named Defendants and/or Fictitious Party Defendants, jointly and severally, for a reasonable sum of money based upon the facts and circumstances of this particular matter, plus costs and interest, and such other and further relief to which they may be entitled.

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 16 of 18*

## COUNT SIX
(Fictitious Party Defendants)

33.     Plaintiffs adopt and incorporate by reference all the foregoing language of this Complaint and additionally makes all possible tort claims available under Alabama law against all fictitious parties.

34.     As a proximate result of the Fictitious Party Defendants', Defendants OMNITRAX, ATN'S wrongful conduct, the Plaintiff, NICK GREEN, was injured and damaged as follows:

a) He was caused to suffer injury to his neck, back, and other parts of his body.

b) He was caused to suffer various injuries, bruises and contusions on or about his body.

c) He was forced to seek medical treatment, which continues and is expected to continue into the future.

d) He was caused and will be caused in the future to expend sums of money in the nature of doctor, hospital, drug and other expenses in and about an effort to cure his injuries.

e) He was caused and will be caused in the future to suffer great physical pain and mental anguish as a result of his injuries.

f) He was caused to suffer loss of the pleasures and enjoyment of life.

g) He was caused to suffer damages to and loss of his vehicle.

35.     As a proximate result of the Fictitious Party Defendants', Defendants OMNITRAX, ATN'S wrongful conduct, the Plaintiff, MATT GREEN, was injured and damaged as follows:

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 17 of 18*

a) He was caused to suffer injury to his head, left shoulder, left knee (tibial plateau fracture), and other parts of his body.

b) He was caused to suffer various injuries, bruises and contusions on or about his body.

c) He was forced to seek medical treatment, which continues and is expected to continue into the future.

d) He was caused and will be caused in the future to expend sums of money in the nature of doctor, hospital, drug and other expenses in and about an effort to cure his injuries.

e) He was caused and will be caused in the future to suffer great physical pain and mental anguish as a result of his injuries.

f) He was caused to suffer loss of the pleasures and enjoyment of life.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs demand judgment against the named Defendants and/or Fictitious Party Defendants, jointly and severally, for a reasonable sum of money based upon the facts and circumstances of this particular matter, plus costs and interest, and such other and further relief to which they may be entitled. Further, the Plaintiffs seek punitive damages to punish those exhibiting reckless and wanton conduct related to this event.

Respectfully Submitted,

*/s/ Steven M. Mezrano*
**STEVEN M. MEZRANO (MEZ002)**
*/s/ Erin G. Adams*
**ERIN G. ADAMS (ADA080)**
Attorneys for Plaintiff

*Green, et al. v. OmniTrax, Inc. et al.*
*Complaint*
*Page 18 of 18*

**OF COUNSEL**:
The Mezrano Law Firm, P.C.
31 Inverness Center Parkway, Suite 350
Birmingham, Alabama 35242
P (205) 206-6300
F (205) 206-6301
steven@mezrano.com
erin@mezrano.com

**PLAINTIFFS' ADDRESS**:
NICK GREEN
MATT GREEN
c/o The Mezrano Law Firm, P.C.
31 Inverness Center Parkway, Suite 350
Birmingham, Alabama 35242

## PLEASE SERVE THE SUMMONS AND COMPLAINT BY CERTIFIED MAIL AT THE FOLLOWING ADDRESSES:

OMNITRAX, INC.
c/o Don Van Wyk
252 Clayton Street, 4th Floor
Denver, Colorado 80206

ALABAMA & TENNESSEE RIVER RAILWAY, LLC
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104



AlaFile E-Notice

31-CV-2021-900523.00

To:  STEVEN M MEZRANO
     steven@mezrano.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

NICK GREEN ET AL V. OMNITRAX, INC. ET AL
31-CV-2021-900523.00

The following complaint was FILED on 11/5/2021 3:40:03 PM

Notice Date:     11/5/2021 3:40:03 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

**USPS CERTIFIED MAIL**



9214 8901 7301 4131 2100 0347 27

31-CV-2021-900523.00

To: OMNITRAX, INC.
C/O DON VAN WYK
252 CLAYTON STREET, 4TH F
DENVER, CO 80206

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

**NICK GREEN ET AL V. OMNITRAX, INC. ET AL**
**31-CV-2021-900523.00**

The following complaint was FILED on 11/5/2021 3:40:03 PM

Notice Date:      11/5/2021 3:40:03 PM

**CASSANDRA JOHNSON**
**CIRCUIT COURT CLERK**
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL 35901

256-549-2150



**USPS CERTIFIED MAIL**



801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

9214 8901 7301 4131 2100 0347 34

31-CV-2021-900523.00

To: ALABAMA & TENNESSEE RIVER RAILWAY, LLC
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

**NICK GREEN ET AL V. OMNITRAX, INC. ET AL**
**31-CV-2021-900523.00**

The following complaint was FILED on 11/5/2021 3:40:03 PM

Notice Date:     11/5/2021 3:40:03 PM

**CASSANDRA JOHNSON**
**CIRCUIT COURT CLERK**
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL 35901

256-549-2150

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>31-CV-2021-900523.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### NICK GREEN ET AL V. OMNITRAX, INC. ET AL

**NOTICE TO:** OMNITRAX, INC., C/O DON VAN WYK 252 CLAYTON STREET, 4TH F, DENVER, CO 80206

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
STEVEN M MEZRANO

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 31 Inverness Center Parkway, Suite 350, Hoover, AL 35242

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of NICK GREEN
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 11/05/2021 | /s/ CASSANDRA JOHNSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ STEVEN M MEZRANO

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*                      *(Name of County)*

Alabama on _____.

*(Date)*

_____
*(Type of Process Server)*

_____
*(Server's Signature)*

_____
*(Server's Printed Name)*

_____
*(Address of Server)*

_____
*(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>31-CV-2021-900523.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### NICK GREEN ET AL V. OMNITRAX, INC. ET AL

**NOTICE TO:** ALABAMA & TENNESSEE RIVER RAILWAY, LLC, C/O CT CORPORATION SYSTEM 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), STEVEN M MEZRANO
_____ ,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 31 Inverness Center Parkway, Suite 350, Hoover, AL 35242 ____ .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of NICK GREEN
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 11/05/2021 | /s/ CASSANDRA JOHNSON | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ STEVEN M MEZRANO
_____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,
*(Name of Person Served)*      *(Name of County)*

Alabama on _____ .
*(Date)*

_____    _____    _____
*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____    _____
*(Server's Printed Name)*        *(Phone Number of Server)*

DOCUMENT 5

**UNITED STATES POSTAL SERVICE**

November 10, 2021

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| Case Number: 31-CV-2021-900523.00 | Intended Recipient: |
| Document Type: Complaint | ALABAMA & TENNESSEE RIVER RAILWAY, LLC  (D002) |
| Restricted Delivery Requested: No | C/O CT CORPORATION SYSTEM |
| | 2 N JACKSON ST, STE 605 |
| | MONTGOMERY, AL 36104 |

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 7301 4131 2100 0347 34**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | November 10, 2021, 8:29 am |
| **Location:** | MONTGOMERY, AL 36104 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 5.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | X Jennifer Lockwood / Jennifer Lockwood |
| Address of Recipient: | 2 N Jackson St 605 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



AlaFile E-Notice

31-CV-2021-900523.00

Judge: SONNY J. STEEN

To:  MEZRANO STEVEN MICHAEL
     steven@mezrano.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

NICK GREEN ET AL V. OMNITRAX, INC. ET AL
31-CV-2021-900523.00

The following matter was served on 11/10/2021

**D002 ALABAMA & TENNESSEE RIVER RAILWAY, LLC**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2021-900523.00

Judge: SONNY J. STEEN

To:   ADAMS ERIN GANEY
      erin@mezrano.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

NICK GREEN ET AL V. OMNITRAX, INC. ET AL
31-CV-2021-900523.00

The following matter was served on 11/10/2021

**D002 ALABAMA & TENNESSEE RIVER RAILWAY, LLC**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2021-900523.00

Judge: SONNY J. STEEN

To:  OMNITRAX, INC. (PRO SE)
C/O DON VAN WYK
252 CLAYTON STREET, 4TH F
DENVER, CO, 80206-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

NICK GREEN ET AL V. OMNITRAX, INC. ET AL
31-CV-2021-900523.00

The following matter was served on 11/10/2021

**D002 ALABAMA & TENNESSEE RIVER RAILWAY, LLC**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2021-900523.00

Judge: SONNY J. STEEN

To:  ALABAMA & TENNESSEE RIVER RAILWAY, LLC (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

NICK GREEN ET AL V. OMNITRAX, INC. ET AL
31-CV-2021-900523.00

The following matter was served on 11/10/2021

**D002 ALABAMA & TENNESSEE RIVER RAILWAY, LLC**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

 **UNITED STATES POSTAL SERVICE**

November 15, 2021

Dear Circuit Clerk:

| **UJS Information** | |
|---|---|
| Case Number: 31-CV-2021-900523.00 | Intended Recipient: |
| Document Type: Complaint | OMNITRAX, INC.  (D001) |
| Restricted Delivery Requested: No | C/O DON VAN WYK |
| | 252 CLAYTON STREET, 4TH F |
| | DENVER, CO 80206 |

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 7301 4131 2100 0347 27**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 15, 2021, 1:16 pm |
| **Location:** | DENVER, CO 80206 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

**Weight:** 5.0oz

## Recipient Signature

| Signature of Recipient: | *Mary Hill* |
|---|---|
| Address of Recipient: | *252 Clayton St 4th Floor* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



AlaFile E-Notice

31-CV-2021-900523.00

Judge: SONNY J. STEEN

To:  MEZRANO STEVEN MICHAEL
     steven@mezrano.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

NICK GREEN ET AL V. OMNITRAX, INC. ET AL
31-CV-2021-900523.00

The following matter was served on 11/15/2021

**D001 OMNITRAX, INC.**
**Corresponding To**
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2021-900523.00

Judge: SONNY J. STEEN

To:  ADAMS ERIN GANEY
     erin@mezrano.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

NICK GREEN ET AL V. OMNITRAX, INC. ET AL
31-CV-2021-900523.00

The following matter was served on 11/15/2021

**D001 OMNITRAX, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2021-900523.00

Judge: SONNY J. STEEN

To:  OMNITRAX, INC. (PRO SE)
     C/O DON VAN WYK
     252 CLAYTON STREET, 4TH F
     DENVER, CO, 80206-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

NICK GREEN ET AL V. OMNITRAX, INC. ET AL
31-CV-2021-900523.00

The following matter was served on 11/15/2021

**D001 OMNITRAX, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2021-900523.00

Judge: SONNY J. STEEN

To: ALABAMA & TENNESSEE RIVER RAILWAY, LLC (PRO SE)
C/O CT CORPORATION SYSTEM
2 N JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

NICK GREEN ET AL V. OMNITRAX, INC. ET AL
31-CV-2021-900523.00

The following matter was served on 11/15/2021

**D001 OMNITRAX, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150